**Volney RIGHTER, as Executor of the Last Will and Testament of Brewster Righter, Deceased, Appellant,**

**Stephen D. Fuller, Paul A. Fuller and Martin Davis, Plaintiffs,**

**v.**

**Arthur DILBERT and Samuel Dilbert, Appellees,**

**Abraham Dilbert, Defendant.**

**No. 254, Docket 30127.**

United States Court of Appeals
Second Circuit.

Argued March 1, 1966.

Decided March 22, 1966.

Thomas A. Shaw, Jr., Breed, Abbott & Morgan, New York City (Walter R. Shepard, James D. Zirin, New York City, on the brief), for appellant.

George H. Schwartz, Schwartz & Frank, New York City (Paul E. Gelbard, New York City, on the brief), for appellees.

[*] Sitting by designation.

Before LUMBARD, Chief Judge, KAUFMAN, Circuit Judge, and FEINBERG District Judge.*

PER CURIAM:

We affirm on Judge Weinfeld's opinion below, reported at 244 F.Supp. 196 (S.D.N.Y.1965).